**616**

Martin Marcisz, appellee, v. Antonio Vitale, appellant. Gen. No. 34,004.

Heard in the third division of this court for the first district at the December term, 1929. Opinion filed January 28, 1931.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter, Claud D. Raber and E. Douglas Schwantes, of counsel. No appearance for appellee.

Mr. Justice Hebel delivered the opinion of the court.

J. K. Harris, trading as J. K. Harris & Company, appellant, v. Logan Square Theatre Company and Albert Sabath, appellees. Gen. No. 34,015.

Heard in the third division of this court for the first district at the December term, 1929. Opinion filed January 28, 1931.

Harold L. Feigenholtz, for appellant. Charles Hudson, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Marie Fusco, plaintiff in error. Gen. No. 34,037.

Heard in the third division of this court for the first district at the February term, 1930. Opinion filed January 28, 1931.

Emmet F. Byrne, for plaintiff in error; Clyde C. Fisher, of counsel. John A. Swanson, State's Attorney, for defendant in error; Edward E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Oscar Johnson, appellee, v. Silvester Caminiti, appellant. Gen. No. 34,069.

Heard in the third division of this court for the first district at the February term, 1930. Opinion filed January 28, 1931.

Cairoli Gigliotti, for appellant. Henry M. Hagan, for appellee; Alexander Paterson, of counsel.

Mr. Justice Hebel delivered the opinion of the court.